WAGNER, appellant, and SUTRO, respondent.

Decree unanimously affirmed.   Opinion of the Chancellor (8 *C. E. Green* 388) adopted as the opinion of this court.

BYARD, appellant, and TURRELL, respondent.

Decree unanimously affirmed.   Opinion of the Vice-Chancellor (*ante, p.* 135) adopted as the opinion of this court.

MURRAY, appellant, and ELSTON, respondent.

Decree unanimously affirmed.   Opinion of the Vice-Chancellor (*ante, p.* 310) adopted as the opinion of this court.